IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:06-CR-26 |
| | § | |
| JASON FLOYD CARR | § | |

### FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter was referred to the undersigned United States Magistrate Judge to receive defendant's guilty plea.

On September 8, 2006, defendant, defendant's counsel, and the government came before the court for guilty plea and allocution on Count I of the Indictment filed herein, charging a violation of Title 21, United States Code, Section 841(a)(1).

During the hearing, defendant stated that he does not wish to plead guilty and wants to proceed to trial. Accordingly, the hearing was concluded.

## **RECOMMENDATION**

This matter should proceed to trial because defendant currently does not wish to plead guilty.

SIGNED this __11_ day of September, 2006.

_____
Earl S. Hines
United States Magistrate Judge