**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**LUFKIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | NO. 9:06-CR-26 |
| § | |
| JASON FLOYD CARR § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

On this day, the Court considered the *Findings of Fact and Recommendation on Guilty Plea* of United States magistrate judge Earl S. Hines regarding Defendant's plea of guilty to Count I of the Indictment in the above-numbered case. Since defendant no longer wishes to proceed with his guilty plea and allocution, the magistrate judge recommends that this matter proceed to trial. No objections have been lodged, and the court is of the opinion that the Findings of Fact and Recommendation should be accepted.

Accordingly, it is **ORDERED** that the Findings of Fact and Recommendation of the United States magistrate judge are **ADOPTED**.

So **ORDERED** and **SIGNED** this **11** day of **September, 2006.**

_____
Ron Clark, United States District Judge